**IT IS ORDERED as set forth below:**

Date: February 23, 2011

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| IN RE: | CHAPTER 11 |
|---|---|
| FAIRGREEN CAPITAL, LP, | CASE NO. 11-40242-mgd |
| FAIRGREEN EDENWOOD, LLC, | CASE NO. 11-40240-mgd |
| FAIRGREEN NORTH PAULDING, LLC, | CASE NO. 11-40241-mgd |
| FAIRGREEN GREAT SKY, LLC, | CASE NO. 11-40243-mgd |
| FAIRGREEN MIRROR LAKE, LLC, | CASE NO. 11-40245-mgd |
| FAIRGREEN HOMES, LLC, and | CASE NO. 11-40246-mgd |
| STRICKLIN CAPITAL, INC., | CASE NO. 11-40247-mgd |
| Debtors. | *Jointly Administered under Case No. 11-40242-mgd* |

**ORDER REGARDING EMPLOYMENT OF
FINANCIAL ADVISOR FOR DEBTORS-IN-POSSESSION**

Upon the Application of the Debtors-in-Possession (Fairgreen Capital, LP, Fairgreen Great Sky, LLC, Fairgreen Mirror Lake, LLC, and Fairgreen Homes, LLC), and it appearing that no notice of a hearing on said Application should be given, and no adverse interest being represented, and it further appearing that GlassRatner Advisory & Capital Group,

LLC ("GlassRatner") is a financial advisory services firm, that it represents no adverse interest to the Debtors-in-Possession or the Estates in the matters upon which it is to be engaged, and that its employment is necessary and would be to the best interest of the Estates, and that said cases justify a financial advisor for the purposes specified, it is herewith

**ORDERED** that the Debtors-in-Possession herein be and they hereby are authorized to retain and appoint the financial advisory services firm GlassRatner Advisory & Capital Group, LLC, as their financial advisor for the purposes specified in said Application, effective as of February 23, 2011. This Order is entered subject to any objection of the U.S. Trustee. Any objection must be filed and served on Applicant within twenty one (21) days of entry hereof.

**(END OF DOCUMENT)**

**Prepared and Presented by:**

COHEN POLLOCK MERLIN & SMALL, P.C.
Counsel to Debtors

By:  /s/ Anna M. Humnicky
    Karen Fagin White
    Georgia Bar No. 754450
    Anna M. Humnicky
    Georgia Bar No. 377850

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(770) 858-1288
(770) 858-1277 (facsimile)
kfwhite@cpmas.com
ahumnicky@cpmas.com

## **DISTRIBUTION LIST**

Karen Fagin White, Esq.
Anna M. Humnicky, Esq.
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

Martin P. Ochs, Esq.
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

GlassRatner Advisory & Capital Group, LLC
Attn: Richard Gaudet
3391 Peachtree Road NE
Suite 110
Atlanta, GA 30326

647488